# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                      **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**          **GREENBELT, MARYLAND    20770**
                                                                      **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:          *Brian Hurhula, Derivatively on behalf of Human Genome Sciences, Inc. v.*
                 *H. Thomas Watkins, et al.*
                 Civil Action No. RWT 12-119

                 *Edward L. Forgione, Jr., Derivatively on behalf of Human Genome Sciences, Inc.*
                 *v. H. Thomas Watkins, et al.*
                 Civil Action No. RWT 11-3680

                 *Ron Barry, Derivatively on behalf of Human Genome Sciences, Inc. v.*
                 *H. Thomas Watkins, et al.*
                 Civil Action No. RWT 12-161

DATE:     January 19, 2012

* * * * * * * *

The above shareholder derivative actions have been assigned to me, and both relate to
essentially the same matters.  Accordingly, the Court directs the parties to **SHOW CAUSE** why
the above cases should not be consolidated for all further proceedings.  Since service has not yet
been effected on the Defendants, the parties shall be directed to show cause in response to this
memorandum within thirty days of the date of service on the last-named Defendant in the three
cases.

Despite the informal nature of this letter, it shall constitute an order of court and be
docketed accordingly.

_____/s/_____

Roger W. Titus
United States District Judge