UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| EDWARD L. FORGIONE, JR., ) <br> derivatively on behalf of HUMAN ) <br> GENOME SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H. THOMAS WATKINS, et al., ) <br> ) <br> Defendants, ) <br> ) | Civil Action No. 8:11-cv-03680-RWT |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Edward L. Forgione, Jr. hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: May 16, 2013

LEVI & KORSINSKY, LLP

/s/ Donald J. Enright
Donald J. Enright
1101 30th Street, NW
Suite 115
Washington, DC 20007
Tel:  (202) 524-4290
Fax:  (202) 333-2121

*Attorneys for Plaintiff*